UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MARC S. KIRSCHNER, as the Trustee of the Refco Litigation Trust,<br><br>   Plaintiff,<br>v.<br><br>MKK LIMITED, a Republic of Ireland Corporation, THE DARETTO FOUNDATION, a Liechtenstein entity, and JOHN DOES, individuals.<br><br>   Defendants. | Civil Case No.<br>_____ |

## STATEMENT IN LIEU OF RULE 7.1 DISCLOSURE

Plaintiff Marc S. Kirschner brings this action as the Trustee of the Refco Litigation Trust. Pursuant to the Modified Joint Chapter 11 Plan of Refco Inc. and Certain of its Direct and Indirect Subsidiaries, as confirmed by the United States Bankruptcy Court for the Southern District of New York on December 15, 2006, Plaintiff, as Trustee of the Litigation Trust, is duly authorized to commence all claims and causes of action formerly owned by the bankruptcy estates of Refco Inc. and certain of its subsidiaries.

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

Plaintiff respectfully submits that Plaintiff need not file a Rule 7.1 Disclosure because no Refco entity is named as a party to this lawsuit.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

_____
Gregory W. Werkheiser (No. 3553)
Thomas F. Driscoll III (No. 4703)
Chase Manhattan Centre, 18th Floor
1201 Market Street
P.O. Box 1347
Wilmington, Delaware, 19899-1347
Telephone:   (302) 658-9200
Facsimile:   (302) 658-3989

**Counsel for Marc S. Kirschner, the Trustee for the Refco Litigation Trust**

*Of Counsel:*

**MILBANK, TWEED, HADLEY & McCLOY LLP**
Scott Edelman (*pro hac vice forthcoming*)
Andrew M. Leblanc (*pro hac vice forthcoming*)
One Chase Manhattan Plaza
New York, New York  10005
Telephone:  (212) 530-5000
Facsimile:  (212) 530-5219

**Counsel for Marc S. Kirschner, the Trustee for the Refco Litigation Trust**

October 16, 2007