Kirschner, et. al., Plaintiff(s)
vs.
MKK Limited, et. al., Defendant(s)



Service of Process by
APS International, Ltd.
1-800-328-7171
CivilActionGroup.com

APS File: 251600-1

**Law Firm Requesting Service:**
MILBANK, TWEED, HADLEY & MCCLOY
Mr. Nick A. Bassett
1850 K St. NW, Ste. 1100
Washington, DC 20006

*AFFIDAVIT OF SERVICE ON A CORPORATION*

Service in a foreign country pursuant to Article 10 of the Hague Service Convention

--MKK Limited
Court Case No. 07-647

| | |
|---|---|
| **Name of Server:** | Shane Geraghty, undersigned, being duly sworn, deposes and says that at the time of service, s/he was over the age of twenty-one, was not a party to this action; |
| **Date/Time of Service** | that on 31-Mar-2008 09:30 am |
| **Place of Service:** | Grennell & Associates, 1 Exchange Place, IFSC, Dublin 1, Ireland |
| **Documents Served:** | the undersigned served the documents described as: Summary of the Document to be Served, Complaint to Recover Fraudulent Transfers Pursuant to 11 U.S.C. § 550, Exhibit "A", Exhibit "B", Summons in a Civil Case, Civil Cover Sheet |
| **Service of Process on, Person Served, and Method of Service:** | A true and correct copy of the aforesaid document(s) was served on: MKK Limited. By delivering them into the hands of an officer, managing agent, or other person authorized to accept service of process, whose name and title is Martina O'Connor, Receptionist at Grennell & Associates |
| **Foreign Law:** | It was confirmed with Grennell & Associates that this address is the registered office of MKK Limited, and that they could accept the documents on behalf of MKK Limited. |
| **Description of Person Receiving Documents:** | The person receiving documents is described as follows: Sex **F**; Skin Color **Caucasian**; Hair Color **Brown**; Facial Hair **N/A**; Approx. Age ___; Approx. Height **5'06"**; Approx. Weight ___ ☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service. |
| **Signature of Server:** | Undersigned declares under penalty of perjury that the foregoing is true and correct. *[signature]* Signature of Server  APS International, Ltd. APS International Plaza · 7800 Glenroy Rd. Minneapolis, MN 55439-3122 | Subscribed and sworn to before me this 7th day of April, 20 08. *[signature]* Notary Public  (Commission Expires) ROGER P. BALLAGH NOTARY PUBLIC CITY AND COUNTY OF DUBLIN COMMISSIONED FOR LIFE 127 LOWER BAGGOT STREET DUBLIN 2 |

