UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MARC S. KIRSCHNER, as the Trustee of the Refco Litigation Trust,<br><br>    Plaintiff,<br>v.<br><br>MKK LIMITED, a Republic of Ireland Corporation, THE DARETTO FOUNDATION, a Liechtenstein entity, and JOHN DOES, individuals.<br><br>    Defendants. | Civil Case No.<br>07-647-SLR |

**MOTION TO EXTEND TIME TO SERVE THE DARETTO FOUNDATION**

  Marc S. Kirschner (the "Refco Trustee"), as Court-approved Trustee for the Refco Litigation Trust (the "Trust"),[1] by and through the undersigned counsel, files this Motion to Extend Time to Serve the Daretto Foundation.

**ARGUMENT**

  On October 16, 2007. the Trustee filed the *Complaint to Recover Fraudulent Transfers Pursuant to 11 U.S.C. § 550* (the "Complaint") against MKK Limited, The Daretto Foundation, and certain John Does. The Summons was issued on January 23, 2008.

  Although service on a foreign defendant must comport with Federal Rule of Civil Procedure 4(f), which expressly states that Federal Rule of Civil Procedure 4(m) and the 120 day time limit set forth therein does not apply to service on foreign

---

[1] The Trust is the duly authorized representative to commence all claims and causes of action formerly owned by the bankruptcy estates of Refco Inc. and certain of its subsidiaries pursuant to the Modified Joint Chapter 11 Plan of Refco Inc. and Certain of its Direct and Indirect Subsidiaries, as confirmed by the United States Bankruptcy Court for the Southern District of New York on December 15, 2006.

defendants, to the extent that Federal Rule of Civil Procedure 4(m) applies and requires the Refco Trustee to serve its complaint within 120 days of filing, good cause exists for the Court to extend the time for the Refco Trustee to serve The Daretto Foundation.[2]

The Daretto Foundation is an unregistered Lichtenstein entity. The Refco Trustee has retained an investigator to locate The Daretto Foundation and the Refco Trustee continues to investigate the location of The Daretto Foundation so to properly effectuate service. In addition, the Refco Trustee has retained APS International, Ltd. ("APS"), a company with expertise and experience in international service of process, to assist the Refco Trustee with international service on The Daretto Foundation once it has been located.

Based on the foregoing, the Refco Trustee requests that he be afforded additional time in which to investigate the location of The Daretto Foundation and the time for which the Trustee must serve The Daretto Foundation with the Complaint and Summons pursuant to the requirements of the Hague Convention be extended to September 29, 2008.

[REMAINDER OF THE PAGE INTENTIONALLY LEFT BLANK]

---

[2] The Refco Trustee recently served MKK Limited in Ireland with the Complaint and filed the certificate of service with the Court on April 30, 2008.

2

## CONCLUSION

**WHEREFORE**, the Refco Trustee requests that the Court extend the time for service of the Complaint on The Daretto Foundation until such time as the Refco Trustee has completed its investigation and been able to effectuate service pursuant to the Hague Convention.

Dated: May 14, 2008
      Wilmington, Delaware

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/*

Gregory W. Werkheiser (No. 3553)
Thomas F. Driscoll III (No. 4703)
1201 N. Market Street, 18th Floor
P.O. Box 1347
Wilmington, Delaware, 19899-1347
Telephone:  (302) 658-9200
Facsimile:  (302) 658-3989

-and-

MILBANK, TWEED, HADLEY & McCLOY LLP
Andrew M. Leblanc (*pro hac vice*)
One Chase Manhattan Plaza
New York, New York 10005
Telephone: (212) 530-5000
Facsimile: (212) 530-5219

**Counsel for Marc S. Kirschner, the Trustee for the Refco Litigation Trust**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MARC S. KIRSCHNER, as the Trustee of the Refco Litigation Trust,<br><br>          Plaintiff,<br>v.<br><br>MKK LIMITED, a Republic of Ireland Corporation, THE DARETTO FOUNDATION, a Liechtenstein entity, and JOHN DOES, individuals.<br><br>          Defendants. | Civil Case No. 07-647-SLR<br><br>Re: D.I. _____ |

### ORDER EXTENDING TIME TO SERVE THE DARETTO FOUNDATION

Upon consideration of the Motion to Extend Time to Serve the Daretto Foundation (the "Motion")[1], it is hereby:

**ORDERED** that the Motion is GRANTED; and it is further

**ORDERED** that the time for service of the Complaint on the Daretto Foundation is extended until September 29, 2008.

Dated: _____, 2008

———————————————————
THE HONORABLE SUE L. ROBINSON
UNITED STATES DISTRICT COURT JUDGE

2329280.2

---

[1] Capitalized terms not defined herein shall have the meaning ascribed to them in the Motion.