UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MARC S. KIRSCHNER, as the Trustee of the Refco Litigation Trust,<br><br>        Plaintiff,<br>v.<br><br>MKK LIMITED, a Republic of Ireland Corporation, THE DARETTO FOUNDATION, a Liechtenstein entity, and JOHN DOES, individuals.<br><br>        Defendants. | Civil Case No.<br>07-647-SLR<br><br><br>Re: D.I. _____ |

## ORDER EXTENDING TIME TO SERVE THE DARETTO FOUNDATION

Upon consideration of the Motion to Extend Time to Serve the Daretto Foundation (the "Motion")[1], it is hereby:

**ORDERED** that the Motion is GRANTED; and it is further

**ORDERED** that the time for service of the Complaint on the Daretto Foundation is extended until September 29, 2008.

*Failure to timely serve shall result in dismissal of this defendant.*

Dated: _____5/20_____, 2008

                                              _____
                                              THE HONORABLE SUE L. ROBINSON
                                              UNITED STATES DISTRICT COURT JUDGE

2329280.2

---

[1] Capitalized terms not defined herein shall have the meaning ascribed to them in the Motion.