UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MARC S. KIRSCHNER,<br>as Trustee of the Refco Litigation Trust,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>MKK LIMITED, a Republic of Ireland Corporation, the DARETTO FOUNDATION, a Liechtenstein entity, and JOHN DOES, individuals.<br><br>　　　　　Defendants. | Civil Case No. 07-647 |

## NOTICE OF DISMISSAL OF ACTION

**WHEREAS**, on October 16, 2007, the Refco Trustee filed a complaint (the "Complaint") instituting the above-captioned action against MKK Limited, a Republic of Ireland Corporation ("MKK"), the Daretto Foundation, a Liechtenstein entity (the "Daretto Foundation"), and John Does, individuals (collectively, the "Defendants");

**WHEREAS**, the Defendants have neither answered nor filed a motion for summary judgment against the Complaint;

**NOW, THEREFORE**, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) the Trustee voluntarily dismisses the above-captioned action and dismisses with prejudice MKK and the Daretto Foundation.

Dated: August 20, 2008
   Wilmington, Delaware

**MORRIS, NICHOLS, ARSHT & TUNNELL LLP**

By: _/s/ Thomas F. Driscoll III_
Gregory W. Werkheiser (No. 3553)
Thomas F. Driscoll III (No. 4703)
Chase Manhattan Centre, 18th Floor
1201 Market Street
P.O. Box 1347
Wilmington, Delaware, 19899-1347
Telephone: (302) 658-9200
Facsimile: (302) 658-3989

**MILBANK, TWEED, HADLEY & McCLOY LLP**

Luc A. Despins (LD 5141)
Scott A. Edelman (SE 5247)
Andrew M. Leblanc (*pro hac vice*)
Kylie Davidson (KD 0502)
1 Chase Manhattan Plaza
New York, NY 10005-1413
(212) 530-5000

*Counsel for Plaintiff Marc S. Kirschner, as Trustee for the Refco Litigation Trust*

2455529.1

## CERTIFICATE OF SERVICE

I, Thomas F. Driscoll III, certify that I am not less than 18 years of age, and that service of the foregoing **Notice of Dismissal Of Action** was caused to be made on August 20, 2008, in the manner indicated upon the entities identified below.

**BY FIRST CLASS MAIL AND E-MAIL**
Prof. Dr. Hanns-Christian Salger, LL.M.
SALGER Rechtsanwälte
Darmstädter Landstraße 125
60598 Frankfurt-Sachsenhausen
Germany
E-Mail: salger@salger.com

Dated:  August 20, 2008
       Wilmington, Delaware

_____
Thomas F. Driscoll III (No. 4703)

2455561.1